**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| VINCERX PHARMA, INC.,<br>Plaintiff,<br>vs.<br>YOURWAY TRANSPORT, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:23-cv-01453-RGA<br><br>DEMAND FOR JURY TRIAL |

**STIPULATION AND [PROPOSED]**
**ORDER GRANTING CONSENSUAL REMAND**

WHEREAS, on December 12, 2023, Vincerx Pharma, Inc. ("Plaintiff"), filed an Amended Complaint ("Complaint") in the Superior Court of the State of Delaware ("State Court");

WHEREAS, on December 21, 2023, Defendant Yourway Transport, Inc. ("Defendant," and together with Defendant, the "Parties" and each a "Party") removed the above-captioned action (the "Action") from the State Court to this Court (D.I. 1) (the "Notice of Removal");

WHEREAS, on January 19, 2024, Plaintiff moved to remand the Action to the State Court (D.I. 6) (the "Motion to Remand");

WHEREAS, Plaintiff's Complaint asserts, among other things, that the Parties agreed to jurisdiction exclusively in the state courts of Delaware pursuant to a contractual forum selection clause;

WHEREAS, Defendant disputes that the forum selection clause applies;

WHEREAS, the Parties have met and conferred;

IT IS HEREBY STIPULATED AND AGREED, by the Parties through their undersigned counsel, subject to the approval of the Court, that:

1. The Action shall be remanded to the State Court in accordance with the proposed form of Order submitted herewith.

2. The Parties will bear their own costs, including attorney's fees, in connection with the Notice of Removal and Motion to Remand.

3. The Parties reserve all rights regarding their respective claims and defenses in this Action except that Defendant waives all rights to seek further removal to federal court, known and unknown, that it has or may have in the Action including, without limitation, under 28 U.S.C. § 1445(b), 28 U.S.C. § 1446, or the Carmack Amendment to the Interstate Commerce Act.

Date: February 2, 2024

**MELUNEY ALLEMAN & SPENCE, LLC**

*/s/ Matthew D. Beebe*
Sean A. Meluney (#5514)
William M. Alleman, Jr. (#5449)
Matthew D. Beebe (#5980)
1143 Savannah Rd., Suite 3-A
Lewes, DE 19958
(302) 551-6740
sean.meluney@maslawde.com
bill.alleman@maslawde.com
matt.beebe@maslawde.com

*Counsel to Plaintiff*

**GORDON REES SCULLY MANSKUHANI, LLP**

*/s/ Joseph J. Bellew*
Joseph J. Bellew (#4816)
Joseph E. Brenner (#6643)
824 N. Market Street, Suite 220
Wilmington, DE 19801
(302) 992-8954
jbellew@grsm.com
jbrenner@grsm.com

*Counsel to Defendant*

Based on the foregoing stipulation by the parties, which the Court hereby accepts, the Defendant's Notice of Removal is vacated. Further, pursuant to the stipulation of the parties, Plaintiff's Motion to Remand is DENIED AS MOOT and the Action is hereby remanded to the Superior Court of the State of Delaware. Further, the Parties shall bear their own costs, including attorney's fees, in connection with the Notice of Removal and Motion to Remand.

SO ORDERED, this 5 day of February, 2024.

/s/ Richard G. Andrews

United States District Judge